## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA BRENNAN CAMIRE, *et al.*,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　　　　-v.-<br>ALCOA USA CORP., *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No.: 1:24-cv-01062 (LLA) |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Alcoa USA Corporation, Alcoa Corporation, The Alcoa Benefits Management Committee, Mr. William F. Oplinger, and Fiduciary Counselors, Inc. ("Defendants") hereby move to dismiss Plaintiffs' entire Complaint with prejudice. For the reasons stated in the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss, the Complaint should be dismissed because (i) Plaintiffs lack Article III standing, (ii) Plaintiffs fail to state a breach of fiduciary duty claim under ERISA (Counts I and II), (iii) Plaintiffs fail to state a prohibited transactions claim under ERISA (Count III), and (iv) Plaintiffs fail to state a failure to monitor claim (Count IV).

WHEREFORE, Defendants respectfully request dismissal of the Complaint with prejudice.

Dated: June 12, 2024                     Respectfully submitted,

*/s/ Christian J. Pistilli*
Christian J. Pistilli (D.C. Bar 496157)
Robert Newman (D.C. Bar 457976)
Laura Flahive Wu (D.C. Bar 1024612)
Nicholas O. Pastan (D.C. Bar 240966)
COVINGTON & BURLING LLP
850 Tenth Street NW Washington, DC 20001
Telephone: (202) 662-6000
cpistilli@cov.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system on June 12, 2024. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                                                                                                                                COVINGTON & BURLING LLP

                                                      */s/ Christian J. Pistilli*
                                                      Christian J. Pistilli

                                                      *Counsel for Defendants*