UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA BRENNAN CAMIRE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALCOA USA CORP., *et al.*,<br><br>*Defendants*. | Civil Action No. 24-1062 (LLA) |

### ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 41, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF No. 36, is **GRANTED**, Defendants' Motion to File Under Seal, ECF No. 34, and Defendants' Motion to File Partially Under Seal, ECF No. 35, are **DENIED** as moot, and the case is **DISMISSED** without prejudice.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date: March 28, 2025