**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARTHA BRENNAN CAMIRE, et al., | |
| *Plaintiffs*, | |
| v. | No. 1:24-cv-01062-LLA |
| ALCOA USA CORPORATION, *et al.*, | |
| *Defendants*. | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Martha Brennan Camire, Craig Jefferson, David Lyn Shepherd, and Daniel Schipper hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's March 28, 2025 judgment dismissing the case (ECF No. 42), and the Court's February 24, 2026 Memorandum Opinion and Order denying Plaintiffs' motions to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) and for leave to file a second amended complaint under Federal Rule of Civil Procedure 15(a) (ECF No. 52).

March 24, 2026

Respectfully submitted,

/s/ *Sean E. Soyars*_____
SCHLICHTER BOGARD LLC
Jerome J. Schlichter*
Sean E. Soyars *
Kurt C. Struckhoff*
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-5934 (fax)
jschlichter@uselaws.com
ssoyars@uselaws.com
kstruckhoff@uselaws.com
*admitted *pro hac vice*

*Lead Counsel for Plaintiffs*

Lawrence M. Mann (D.C. Bar ID: 43703)
ALPER & MANN
9205 Redwood Ave.
Bethesda, MD 20817
(202) 298-9191
mann.larrym@gmail.com

*Local Counsel for Plaintiffs*